IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LUIS ALFREDO GUZMAN and ROSALIA JIMENEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LA CASONA GRILL CAFÉ, INC.; BENJAMIN GALLARDO, Individually; and SABAS GALLARDO, Individually,<br><br>Defendants. | No. 4:12-cv-01593<br><br>JURY TRIAL DEMANDED |

### ORDER OF DISMISSAL

The Court, having considered the parties' stipulation of dismissal with prejudice, hereby DISMISSES this case with prejudice to refiling. It is further

ORDERED that, except as otherwise provided for in the settlement agreement, each party shall bear its own costs and fees. It is further

ORDERED that the Court retains jurisdiction to enforce the settlement agreement. It is further

ORDERED that all relief not specifically granted in this order is DENIED.

SIGNED this 9th day of November in the year 2012 at Houston, Texas.

Melinda Harmon
United States District Judge